# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2301
_____

FLORIDA PACE FUNDING
AGENCY, a public body corporate
and politic,

    Appellant,

    v.

W. DALE SUMMERFORD, as Tax
Collector for Gadsden County,
Florida,

    Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David M. Frank, Judge.

January 27, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Amber S. Nunnally and Elise M. Engle of Shutts & Bowen LLP, Tallahassee; and James C. Dinkins of CivForge Law, PA, Orlando, for Appellant.

Timothy R. Qualls of Young Qualls, P.A., Tallahassee, for Appellee.